**Robert Edwin HOFFMAN, Petitioner–Appellant,**

**v.**

**John MARSHALL, Respondent–Appellee.**

**No. 07–56856.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 13, 2010.

Robert Edwin Hoffman, San Luis Obispo, CA, pro se.

Lora Fox Martin, Esq., AGCA—Office of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before: GOODWIN, WALLACE, and LEAVY, Circuit Judges.

## MEMORANDUM **

Robert Edwin Hoffman, a former California state prisoner, appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 petition challenging the California Board of Prison Terms' ("the Board") decision determining him not suitable for parole.

The Board subsequently determined that Hoffman was suitable for parole, the

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Governor declined to exercise his discretion to review the decision, and Hoffman has now been released on parole. Therefore, this appeal is moot. *See Burnett v. Lampert,* 432 F.3d 996, 1000–01 (9th Cir. 2005); *see also Fendler v. U.S. Bureau of Prisons,* 846 F.2d 550, 555 (9th Cir.1988).

**AFFIRMED.**